UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANN M. SMITH,

    Plaintiff,                        Case No. 2:20-cv-1511
v.                                  Judge Edmund A. Sargus Jr.
                                         Magistrate Judge Kimberly A. Jolson

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 16, 2021.  (ECF No. 17.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's decision.  The Clerk is **DIRECTED** to close this case.

    IT IS SO ORDERED.


**4/16/2021**                                                                 s/Edmund A. Sargus, Jr.
**DATE**                                                                    **EDMUND A. SARGUS, JR.**
                                                                       **UNITED STATES DISTRICT JUDGE**